*Waller & Pepper, C. L. Waller, Claude Pepper* and *B. A. Meginniss,* and *Eugene Quay* (Chicago, Ill.), for Relator;

*Cary D. Landis,* Attorney General, *H. E. Carter* and *John L. Graham,* Assistants, and *Carl L. Owenby,* for Respondent.

PER CURIAM.—The motion to quash the alternative writ of mandamus in this case is denied upon the authority of the decision in the case of State, *ex rel.* Fidelity and Casualty Company of New York, v. W. V. Knott, as Insurance Commissioner of the State of Florida, to be this day handed down, and respondent allowed ten days in which to answer.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.

STATE, *ex rel.* LUMBERMENS MUTUAL CASUALTY COMPANY, a corporation, v. W. V. KNOTT, as State Treasurer and ex-officio Insurance Commissioner.

167 So. 20.

Opinion Filed March 31, 1936.

*Waller & Pepper, B. A. Meginniss* and *Eugene Quay* (Chicago, Ill.,) for Relator;

*Cary D. Landis,* Attorney General, *H. E. Carter* and *John L. Graham,* Assistants, and *Carl L. Owenby,* for Respondent.

PER CURIAM.—The motion to quash the alternative writ of mandamus in this case is denied upon the authority of the decision in the case of State, *ex rel.* Fidelity and Casualty Company of New York, v. W. V. Knott, as Insurance Commissioner of the State of Florida, today handed

down and respondent allowed ten days to answer as he may be advised.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.